# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400

**Andrew J. Ligotti**          Direct Dial: **+1 212 210 1286**          Email: **andy.ligotti@alston.com**

March 3, 2025

**VIA ECF**

Hon. J. Paul Oetken
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:**   *Jonathan Lowenstein v WIP ECOM, LLC, et al.*, Case No. 1:24-cv-07562-JPO
         **Joint Request to Adjourn March 4 Initial Pretrial Conference**

Dear Judge Oetken,

This firm represents Defendants WIP ECOM, LLC d/b/a Carhartt Work in Progress (WIP), Carhartt Retail LLC, and Carhartt, Inc. (collectively, "Defendants") in the above-referenced action. Defendants and Plaintiff Jonathan Lowenstein (the "Parties") jointly request that the Initial Pretrial Conference scheduled for 2:30 pm ET tomorrow, March 4, 2025, be adjourned. The Parties have reached an agreement-in-principle to resolve this action amicably. Accordingly, the Parties propose that the conference either be postponed indefinitely or rescheduled for four weeks from now (e.g., April 1) to ensure that the Parties have sufficient time to prepare settlement documents.

While this request is made less than 48 hours before the scheduled appearance, the Parties have been working together to try to reach an agreement (*see* D.I. 26) and were able to do so earlier today. In view of this recent agreement, the Parties respectfully submit that this request is timely made and that the Initial Pretrial Conference be adjourned to conserve judicial resources. No other deadlines in the above-captioned matter are affected by this request.

The Parties thank the Court for its consideration of this request.

Alston & Bird LLP                                                                                      www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

March 3, 2025
Page 2

    Respectfully submitted,

    */s/ Andrew J. Ligotti*

    **Andrew J. Ligotti**

    ALSTON & BIRD LLP
    90 Park Avenue
    New York, NY 10016
    Tel: 212-210-9400
    Fax: 212-210-9444
    E-mail: andy.ligotti@alston.com

    *Counsel for Defendants*

    cc: All Counsel of Record (via ECF)